UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

EASTERN DISTRICT-WI
FILED

'08 JAN 15 P3:26

UNITED STATES OF AMERICA,

        Plaintiff,

v.

Case No. 07-CR-
[T.29 U.S.C. § 501(c)]

KIM M. VAN HANDEL,

        Defendant.

**08 CR 33**

**INDICTMENT**

---

**THE GRAND JURY CHARGES:**

1. At all times relevant to this indictment:

   a. Local 1980 of the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers ("Local 1980"), whose members worked in Appleton, Wisconsin, was a labor organization engaged in an industry affecting commerce.

   b. The defendant, Kim M. Van Handel, was the president and acting treasurer of Local 1980.

2. During the period from approximately November 2005 through May 2006, in the State and Eastern District of Wisconsin,

**KIM M. VAN HANDEL**

did knowingly embezzle and unlawfully and willfully convert to her own use and the use of another, approximately $11,500 belonging to Local 1980.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL:

_[redacted]_
Foreperson

1-15-08
Date

_Steven M. Biskupic_
STEVEN M. BISKUPIC
United States Attorney